| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 3:15CR00081 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Randy Allen Beach<br>1251 Haistar Trial<br>Sparks, Nevada 89441 | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Howard D. McKibben | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/28/2022 — TO 10/27/2025 |

**OFFENSE**
Felon in Possession of a Firearm and Possession with Intent to Distribute Methamphetamine

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of Supervision

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF   Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Northen District of Georgia  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 5, 2024
*Date*

*/s/ Howard D. McKibben*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Click here to enter text.   DISTRICT OF   Northern District of Georgia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 2, 2024
*Effective Date*

*/s/ William M. Ray II*
*United States District Judge*